# Application for Multi-Court Exemption from the Judicial Conference's Electronic Public Access (EPA) Fees

## For Individual Researchers Associated with Educational Institutions

| | |
|---|---|
| Applicant's Name: | Madison Sturgeon |
| Applicant's Title: | Research Assistant |
| Applicant's Phone Number: | 224-612-2115 |
| Applicant's Email Address: | ms5556@georgetown.edu |
| Applicant's Mailing Address: | 801 3rd St NW #727, Washington, DC 20001 |

1. Are you an individual researcher associated with an educational institution, or a student associated with an educational institution conducting academic research under the supervision of a professor or instructor?

   ☒ Yes
   ☐ No

2. Please identify your status. [Certification Requirement] Please attach a letter from the professor/instructor who certifies this research is for a course project, thesis, dissertation, or other academic product.

   ☐ High School student
   ☐ Undergraduate Student
   ☒ Graduate/Professional Student
   ☐ Faculty/Lecturer
   ☐ Post-Doctoral Researcher
   ☐ Certification program student.

3. Please provide the name and type of educational institution you and your research are associated with.

   Name of Institution: Georgetown University Law Center

   ☐ Community/Junior College
   ☐ Four-year college or university
   ☒ Post-graduate program
   ☐ Other degree conferring program, including secondary school program.
   ☐ Professional skills certification program
   ☐ Other non-degree conferring program. Explain:

   ______________________________________________

4. Is the associated educational institution duly accredited and located in the United States? You may search this site https://ope.ed.gov/dapip/#/home to determine whether your institution has been accredited in the United States.

☒ Yes

☐ No

5. Do you and/or your affiliated academic institution plan to sell the product of your research?

☐ Yes

☒ No

6. Do you plan to re-distribute the product of your research? If so, please describe the manner in which it will be re-distributed?

The research will be included in a paper analyzing trends in federal court rulings on motions seeking disclosure of grand jury legal instructions and will be submitted to law reviews for publication.

7. Please describe your research project, including the hypothesis or thesis that your research will support. You may be required to provide additional information.

This project examines federal criminal cases since January 1, 2021 in which defendants filed motions seeking disclosure of the legal instructions given to grand juries. The hypothesis is that such motions have historically been denied at high rates, but that recent years may show an uptick in courts granting or partially granting them,

8. Please describe what resources are needed from PACER and why. Limitation in scope is demonstrated by narrowly tailoring the amount of exempt access requested to meet the needs of the defined research project.

Access to docket sheets and motion papers, briefs, transcripts, opinions, and orders in federal criminal cases containing motions for disclosure of grand jury instructions. Docket sheets alone are often insufficient to determine whether a motion targets legal instructions, requiring access to the actual motion papers and corresponding orders.

9. Please estimate of the number and type(s) of cases and/or documents needed to accomplish your research.

331, as listed in the spreadsheet.

10. Please indicate whether you intend to conduct your research using manual searches or by running a data script or some other computer-aided search and/or retrieval process.

Manual searches.

11. What is the period of time for which you are requesting the PACER fee exemption? Please note that you must provide a specific timeframe. You may not request an exemption for an indefinite time period.

One year from the date of approval.

12. Please select the courts from which you are requesting PACER fee exemptions.

Courts of Appeal

| | | |
|---|---|---|
| ☐ All Courts of Appeal | ☐ Fifth Circuit | ☐ Tenth Circuit |
| ☐ First Circuit | ☐ Sixth Circuit | ☐ Eleventh Circuit |
| ☐ Second Circuit | ☐ Seventh Circuit | ☐ D.C Circuit |
| ☐ Third Circuit | ☐ Eighth Circuit | ☐ Federal Circuit |
| ☐ Fourth Circuit | ☐ Ninth Circuit | |

Bankruptcy Appellate Panels (BAP)

| | |
|---|---|
| ☐ First Circuit - BAP | ☐ Ninth Circuit - BAP |
| ☐ Sixth Circuit - BAP | ☐ Tenth Circuit - BAP |
| ☐ Eighth Circuit - BAP | |

District Courts

| | | | |
|---|---|---|---|
| ☐ All District Courts | ☐ Idaho | ☐ Montana | ☒ Puerto Rico |
| ☐ Alabama Middle | ☒ Illinois Central | ☒ Nebraska | ☐ Rhode Island |
| ☒ Alabama Northen | ☒ Illinois Northern | ☒ Nevada | ☒ South Carolina |
| ☐ Alabama Southern | ☐ Illinois Southern | ☐ New Hampshire | ☒ South Dakota |
| ☒ Alaska | ☒ Indiana Northern | ☒ New Jersey | ☒ Tennessee Eastern |
| ☒ Arizona | ☐ Indiana Southern | ☐ New Mexico | ☒ Tennessee Middle |
| ☒ Arkansas Eastern | ☐ Iowa Northern | ☒ New York Eastern | ☐ Tennessee Western |

- ☐ Arkansas Western
- ☒ California Central
- ☒ California Eastern
- ☒ California Northern
- ☒ California Southern
- ☒ Colorado
- ☒ Connecticut
- ☒ Delaware
- ☒ District of Columbia
- ☒ Florida Middle
- ☒ Florida Northern
- ☒ Florida Southern
- ☒ Georgia Middle
- ☒ Georgia Northern
- ☒ Georgia Southern
- ☒ Guam
- ☒ Hawaii
- ☒ Iowa Southern
- ☒ Kansas
- ☒ Kentucky Eastern
- ☐ Kentucky Western
- ☒ Louisiana Eastern
- ☐ Louisiana Middle
- ☐ Louisiana Western
- ☒ Maine
- ☒ Maryland
- ☒ Massachusetts
- ☒ Michigan Eastern
- ☒ Michigan Western
- ☒ Minnesota
- ☒ Mississippi Northern
- ☒ Mississippi Southern
- ☒ Missouri Eastern
- ☐ Missouri Western
- ☒ New York Northern
- ☒ New York Southern
- ☒ New York Western
- ☒ North Carolina Eastern
- ☒ North Carolina Middle
- ☒ North Carolina Western
- ☐ North Dakota
- ☒ Northern Mariana Islands
- ☒ Ohio Northern
- ☒ Ohio Southern
- ☒ Oklahoma Eastern
- ☒ Oklahoma Northern
- ☒ Oklahoma Western
- ☒ Oregon
- ☒ Pennsylvania Eastern
- ☐ Pennsylvania Middle
- ☒ Pennsylvania Western
- ☒ Texas Eastern
- ☒ Texas Northern
- ☒ Texas Southern
- ☒ Texas Western
- ☒ Utah
- ☒ Vermont
- ☐ Virgin Islands
- ☒ Virginia Eastern
- ☐ Virginia Western
- ☒ Washington Eastern
- ☒ Washington Western
- ☒ West Virginia Northern
- ☒ West Virginia Southern
- ☐ Wisconsin Eastern
- ☒ Wisconsin Western
- ☒ Wyoming

Bankruptcy Courts

- ☐ All Bankruptcy Courts
- ☐ Alabama Middle
- ☐ Alabama Northen
- ☐ Alabama Southern
- ☐ Alaska
- ☐ Arizona
- ☐ Arkansas Eastern
- ☐ Arkansas Western
- ☐ California Central
- ☐ California Eastern
- ☐ California Northern
- ☐ California Southern
- ☐ Colorado
- ☐ Connecticut
- ☐ Delaware
- ☐ District of Columbia
- ☐ Florida Middle
- ☐ Idaho
- ☐ Illinois Central
- ☐ Illinois Northern
- ☐ Illinois Southern
- ☐ Indiana Northern
- ☐ Indiana Southern
- ☐ Iowa Northern
- ☐ Iowa Southern
- ☐ Kansas
- ☐ Kentucky Eastern
- ☐ Kentucky Western
- ☐ Louisiana Eastern
- ☐ Louisiana Middle
- ☐ Louisiana Western
- ☐ Maine
- ☐ Maryland
- ☐ Massachusetts
- ☐ Montana
- ☐ Nebraska
- ☐ Nevada
- ☐ New Hampshire
- ☐ New Jersey
- ☐ New Mexico
- ☐ New York Eastern
- ☐ New York Northern
- ☐ New York Southern
- ☐ New York Western
- ☐ North Carolina Eastern
- ☐ North Carolina Middle
- ☐ North Carolina Western
- ☐ North Dakota
- ☐ Northern Mariana Islands
- ☐ Ohio Northern
- ☐ Ohio Southern
- ☐ Puerto Rico
- ☐ Rhode Island
- ☐ South Carolina
- ☐ South Dakota
- ☐ Tennessee Eastern
- ☐ Tennessee Middle
- ☐ Tennessee Western
- ☐ Texas Eastern
- ☐ Texas Northern
- ☐ Texas Southern
- ☐ Texas Western
- ☐ Utah
- ☐ Vermont
- ☐ Virgin Islands
- ☐ Virginia Eastern
- ☐ Virginia Western
- ☐ Washington Eastern

- ☐ Florida Northern
- ☐ Florida Southern
- ☐ Georgia Middle
- ☐ Georgia Northern
- ☐ Georgia Southern
- ☐ Guam
- ☐ Hawaii
- ☐ Michigan Eastern
- ☐ Michigan Western
- ☐ Minnesota
- ☐ Mississippi Northern
- ☐ Mississippi Southern
- ☐ Missouri Eastern
- ☐ Missouri Western
- ☐ Oklahoma Eastern
- ☐ Oklahoma Northern
- ☐ Oklahoma Western
- ☐ Oregon
- ☐ Pennsylvania Eastern
- ☐ Pennsylvania Middle
- ☐ Pennsylvania Western
- ☐ Washington Western
- ☐ West Virginia Northern
- ☐ West Virginia Southern
- ☐ Wisconsin Eastern
- ☐ Wisconsin Western
- ☐ Wyoming

National Courts

- ☐ Judicial Panel on Multidistrict Litigation
- ☐ U.S. Court of Federal Claims
- ☐ U.S. Court of International Trade

13. In support of this application, I certify the following:

a. An exemption from the Judicial Conference's EPA Fee is necessary in order to avoid unreasonable burdens and to promote public access to information.

b. I understand that any authorized fee exemption will apply only to me, will be valid only for the purposes stated above and will apply only to the electronic case files of the court(s) indicated above that are available through the PACER service.

c. I agree that any data I receive through this exemption will not be sold for profit, will not be transferred, will not be used for commercial purposes, and will not be redistributed via the Internet; and

d. I declare that all the information I have provided on this application is true, and I understand that a false statement may result in termination of my exempt access and an assessment of Electronic Public Access usage fees.

e. I certify that I have read the instructions and am aware of the available resources to obtain judicial opinions and data on case filings outside of PACER and that additional information from PACER is required to accomplish my research objective.

Signature Madison Sturgeon

GEORGETOWN LAW

**Bethany Lipman**
Visiting Associate Professor of Law
Legal Practice

June 18, 2026

Via Electronic Submission: Multi-CourtExemptions@ao.uscourts.gov

To Whom It May Concern:

I write to certify that the Application for Multi-Court Exemption from the Judicial Conference's Electronic Public Access Fees submitted by Madison Sturgeon is for research purposes. I am supervising Ms. Sturgeon's work at Georgetown University Law Center and request the exemption. I also certify that she and I will comply with the criteria listed on the Application.

Please feel free to reach out if you need any additional information.

Sincerely,

Bethany Lipman
Bethany.Lipman@georgetown.edu
(973) 390-6484

600 New Jersey Avenue, NW Washington, DC 20001-2075
PHONE 202-662-9000 FAX 202-662-9444
Bethany.Lipman@georgetown.edu